UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

FILED
Jeffrey A. Apperson, Clerk
NOV 02 2004
U. S. DISTRICT COURT
WEST'N DIST. KENTUCKY

UNITED STATES OF AMERICA                    PLAINTIFF

vs.                  CRIMINAL ACTION NO.: 3:04CR-105-C

WILLIAM ASHBY, et al                    DEFENDANT

## MOTION TO SEAL INDICTMENT

Comes the United States of America, by counsel, Thomas W. Dyke and Larry Fentress, Assistant United States Attorneys for the Western District of Kentucky, and moves the Court pursuant to Rule 6(e), Federal Rules of Criminal Procedure, to order and direct that the indictment returned by the Federal Grand Jury this 2nd day of November, 2004, charging the above-named defendants with violations of Title 21, United States Code, Sections 846, 841(a)(1)(, 841(b)(1)(A)(viii), 841(b)(1)((B)(viii), 841 (b)(1(a), 841 (c)(1), and Title 18, United States Code, Sections 924(c) and 2, be kept secret until the first defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, and to further order that until the first defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, that no person

disclose the return of the indictment, or any warrant or order issued pursuant thereto except as necessary for the issuance and execution of warrant for the arrest of the defendant.

Respectfully submitted,

DAVID L. HUBER
United States Attorney

Thomas W. Dyke
Larry Fentress
Assistant U.S. Attorney