UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                        PLAINTIFF

VS.                         CRIMINAL ACTION NO.: 3:04 CR-105-C

WILLIAM ASHBY, et al                                            DEFENDANT

ORDER

The indictment returned by the Federal Grand Jury charging the above-named defendants with violations of Title 21, United States Code, Sections 846, 841(a)(1)(, 841(b)(1)(A)(viii), 841(b)(1)((B)(viii), 841 (b)(1a), 841 (c)(1), and Title 18, United States Code, Sections 924(c) and 2, is hereby ORDERED to be kept secret until the first defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, and no person shall disclose the return of this indictment or any warrant or order issued pursuant thereto, except as necessary for the issuance and execution of warrants for the arrest of the defendants.

DATED: 11/02/04

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

cc: USA (TWD)