**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**UNITED STATES OF AMERICA**                                   **PLAINTIFF**

**VS.**                                                    **CASE  NO. 3:04CR-105-03-C**

**ROBERT HURLEY**                                             **DEFENDANT**

**O R D E R**

This matter came before the Court on November 8, 2004, for a detention hearing.  The United States was represented by Thomas W. Dyke , Assistant United States Attorney and Larry Fentress, Assistant United States Attorney.  The defendant appeared, in custody, with Brendan McLeod and Scott Drabernstadt,  retained counsel.

After considering the arguments of counsel on the issue of detention;

**IT IS ORDERED** the defendant shall be **detained** in the custody of the United States Marshal, for the reasons set forth in the Order of Detention Pending Trial.

Copies to:
Counsel of Record
United States Attorney
United States Probation
United States Marshal

0|55