# AFFIDAVIT FOR SEARCH WARRANT

AOC 79-335

Commonwealth Of Kentucky
Court of Justice

Ky. Const. 10; RCr 13.10

Case No. _____
County __HARDIN__
Court _____

The affiant, **Detective Sgt. Billy Edwards**, a peace officer of the Elizabethtown Police Department / Hardin County Narcotics Task Force, being first duly sworn, states that he has and there is reasonable and probable grounds to believe and affiant does believe that there is now on the premises known and numbered as

6421 South Dixie Highway
Glendale, Hardin County, Kentucky

**and more particularly described as follows**: A single story double wide mobile home used as a single family dwelling that consist of a clay colored vinyl exterior. The residence has a cover front porch that faces east toward Dixie Highway, a small wooden stoop at the north end of the residence providing access thru a glass sliding door and a covered back porch. There is a wooden fence that runs from the north edge of the parking area to the north edge of the residence and then continues from the south end of the residence across the property to the south. There are two metal storage type buildings located to the left rear of the residence (southwest corner). When turning onto the driveway from Dixie Highway (west side), the drive way is initially black top and then you have to veer off to the left onto a gravel driveway that leads to the residence and blacktop is again at the parking area. The3re are two metal marker post, one on each side of the driveway where it meets Dixie Highway. The driveway entrance is located approximately 6 miles south of the Hardin County Court House when traveling south on US 31W (Dixie Highway)

**and/or in a vehicle or vehicles described as**: Any vehicles registered to Robert Hurley and specifically a 1991 Mercury, KY license 074-LMA, a 1991 Chevy, KY license 9733-MX and a 1973 Plymouth, KY license 070-PCE or vehicles located on the property that's under the control of the aforementioned individual or that is located on the premises or arrives on the premises while the search warrant is being executed.

**and/or on the person or persons of**: Any person located on premises when the search warrant is executed or arrives while the search warrant is being executed.

**the following described personal property**: To search for evidence related to the offenses of Manufacturing, Trafficking and Possession of Controlled Substances, specifically METHAMPHETAMINE. To search for the controlled substances, items or material that is commonly found to be used in the manufacturing of methamphetamine, to include but not limited to Anhydrous Ammonia, Pseudoephedrine HCL tablets, Lithium batteries, Ether, Drain cleaner containing Sulfuric Acid, Acetone, Heet, table salt, liquid solutions obtained from the washing of Pseudoephedrine tablets, devices or items used to grind or crush Pseudoephedrine tablets, devices or items used to dry the meth solution, devices or items used to mix and prepare the precursor and other materials/solvents to include Pyrex dishes and mason jars. Items frequently used to package controlled substances to include but not limited to plastic sandwich bags, zip lock bags, small plastic envelopes and twist ties. To search for devices used to weigh controlled substances, either manual or electronic. To search for records, written or electronic to include pagers, cellular phones, caller identification devices, computers and disk/tapes for computers that shows the identity of those persons involved in the distribution and purchasing of controlled substances. To search for monies obtained from the sale of controlled substances, records written and electronic that shows where monies are obtained from, how monies are expended and secreted.

AOC-79-335
# AFFIDAVIT FOR SEARCH WARRANT
Page 2

This is to include tax records showing reported income, receipts of purchases, W-2 statements, payroll stubs, Subsistence payments from the US or State Government. To search for items or devices used to introduce controlled substances into the human body to include but not limited to pipes, rolling papers bongs and stems.

Affiant states that there is probable and reasonable cause to believe and affiant does believe that said property constitutes:

\_\_\_\_\_ stolen or embezzled property;

\_\_✓\_\_ property or things used as the means of committing a crime;

\_\_✓\_\_ property or things in the possession of a person who intends to use it as a means of committing a crime;

\_\_✓\_\_ property or things in the possession of a person to whom it was delivered for the purpose of concealing it or preventing its discovery and which is intended to be used as a means of committing a crime;

\_\_✓\_\_ property or things consisting of evidence, which tends to show that a crime has been committed or a particular person has committed a crime.

Affiant has been a police officer for 25 years, with 15 years in the aforementioned agency and the information and observations contained herein were received and made in his capacity as an officer thereof.

On the 2nd *3rd* *&* November 2004 at approximately 0800 hours, affiant received the following information: Affiant met with Special Agent Tony Zitto of the ATF Louisville Office who advised affiant they had a Federal arrest warrant for Robert "Bobby" Hurley of 6421 South Dixie Highway in Glendale, KY. The arrest warrant was for the charge of Conspiracy to Manufacture Methamphetamine and Possession of a Firearm while Trafficking in a controlled Substance.

At approximately 0845 hours members of the Hardin County Narcotics Task Force and ATF arrived at the afore described location and ultimately took Hurley into custody on the arrest warrant.

Affiant knew that HURLEY had previously been arrested by the Louisville PD on 08/21/03 for PCS 1st Degree (Meth) and CCDW. At the time that HURLEY was arrested, he was accompanied by Patrick Keith who is also known to affiant as being involved in Poss. and Trafficking of Methamphetamine. KEITH was also indicted in the same conspiracy as HURLEY.

AOC-335
AFFIDAVIT FOR SEARCH WARRANT (Page 2-A)

Acting on the information received, affiant conducted the following independent investigation: During the initial arrival at the HURLEY residence, officers were initially unable to make contact with HURLEY or anyone else. There were three vehicles in the driveway, all registered to HURLEY and lights on inside the residence. Due to the knowledge that HURLEY had had firearms in his possession on past occasions, officers were checking out buildings trying to locate HURLEY. While looking inside the outbuildings, Off. Rob Green observed several tanks in the buildings and a blue green discolored valve that is consistent with brass coming in contact with anhydrous ammonia. In addition to the discolored valve, one tank, which appeared to be a 33 pound propane cylinder, was observed to have an altered valve system. This tank and the valve are consistent with modifications used to obtain and store anhydrous ammonia. Based on the observations made by Off. Green, affiant took an air sample in the area of the tank (no manipulation or touch of the tank was made) and the air sample was positive for the presence of ammonia.

Affiant and other officers observed containers that were of the size and shape consistent with Denatured Alcohol, Coleman Fuel and Xylene, which are often used in the manufacturing process of Methamphetamine. Affiant observed one container of Denatured Alcohol while inside the residence. Brown glass jars that are of the type commonly used by the manufactures to store chemicals that will be affected by light was also observed along with a protective mask and filters for the mask. These items are innocent by themselves but based on the affiants training and experience, are commonly found in the possession of individuals involved in the manufacture of methamphetamine. Affiant cannot say what the containers contain since affiant nor any other officers moved any containers to see how they were labeled. Affiant believes that items of evidentiary value will be located in the residence and on the property of Robert HURLEY.

Affiant observed a female at the residence with HURLEY who affiant recognized to be Eva Wheeler who affiant also knew to be involved in Meth use and related activity. Affiant has on previous occasions interviewed or received information from other law enforcement officers who have interviewed individuals that have provided information that HURLEY is involved in the manufacture of methamphetamine by using the Anhydrous Ammonia method.

Affiant conducted a check of the vehicle registration located at the residence and all vehicles were found to be registered to Robert HURLEY with an address of 6421 South Dixie in Glendale. Affiant also checked driver's license files and HURLEY's Kentucky Drivers license listed the same address as of April 2004.

Affiant has been a police officer for approximately 25 years. Affiant has been involved in the investigation of narcotics and controlled substance violations for approximately 17 years of his career. During this time affiant has conducted and been involved in numerous investigations that involved the manufacturing, distribution and possession of methamphetamine and other controlled substances. Affiant has attended training courses related to the investigation of and identification of controlled substances, as well as the identification of material, devices and items commonly used in the manufacturing of methamphetamine.

AOC 79-335
AFFIDAVIT FOR SEARCH WARRANT (Page 2-B)

Affiant has been trained in the investigation of Clandestine Laboratory's, specifically Methamphetamine Labs and the various manufacturing processes. Affiant has investigated in excess of 200 methamphetamine labs during his career and knows that ammonia and ether are commonly used in the manufacturing process. Affiant knows from the investigation of labs in the Hardin County and surrounding areas that Ether and ammonia is commonly used in the process of manufacturing Meth.

Affiant based on his training and experience does believe that methamphetamine is being manufactured at the residence aforedescribed. Based on my training and experience, I have learned that; persons involved in the manufacturing and distribution of controlled substance tend to have other types of controlled substances in their residences and will often keep a small portion of their product on their person.

Affiant knows that that person(s) involved the manufacturing and distribution of controlled substances will often keep US currency on hand in order to finance their on-going narcotics activity. Persons involved in the manufacturing of methamphetamine will often maintain recipes or writings that have been obtained from books or the Internet that outlines the procedure to make methamphetamine. Affiant also knows persons involved narcotics traffickers will often maintain books, receipts, ledgers, and other records related to their ordering, sale and distribution of controlled substances. These aforementioned items are maintained where the traffickers have ready access to them.

Persons involved in the distribution of controlled substances often conceal in their residences and vehicles US Currency, financial records, money orders, telephone records, correspondence and other items of evidentiary value and /or proceeds of drug transactions; and evidence of financial transactions relating to obtaining, transferring, secreting or the spending of large sums of money made from engaging in the distribution of controlled substances.

Affiant knows thru his training and experience that persons involved in the distribution of controlled substances will often secret the bulk of their controlled substances in other buildings or vehicles at their primary residence. This prevents the total loss of their stash if they are ripped off by other's involved drug use or sales and prevent the police from seizing it all if they are searched. Further affiant knows that it's not uncommon for those persons involved in the manufacturing of methamphetamine to utilize other locations to include residences to make their product. This prevents the odor associated with the manufacturing process from being easily detected in the same area, leading police to the discovery of their operation.

Persons involved in the distribution of controlled substances, in order to expend monies obtained from their illegal activity will often purchase expensive items to include electronic equipment, vehicles, and collectable items of all types and real estate.

Affiant has found during other narcotics investigation and search warrant executions that other persons involved in the distribution and purchasing of controlled substances are frequently encountered during the execution of search warrants. That person's will arrive to make purchases

vehicles, and collectable items of all types and real estate.

Affiant has found during other narcotics investigation and search warrant executions that other persons involved in the distribution and purchasing of controlled substances are frequently encountered during the execution of search warrants. That person's will arrive to make purchases or deliveries while officers are at the location. Affiant through his experience has found that it's

AOC 79-335
AFFIDAVIT FOR SEARCH WARRANT (Page 2-C)

common to find these persons in possession of controlled substances or money to purchase controlled substances.

Affiant knows that the courts have recognized that unexplained wealth is probative evidence of crimes motivated by greed, in particular, trafficking in controlled substances.

The above items are believed to exist at the above-described residence pursuant to the aforementioned information and intelligence obtained from this investigation. Affiant prays this court issue a search warrant for the above-described location. Further Affiant sayeth naught.

AOC-335
Rev. 2-96
Affidavit for Search Warrant
pg. 3

Affiant has reasonable and probable cause to believe that grounds exist for the issuance of a Search Warrant, based on the aforementioned facts, information and circumstances and prays that a Search Warrant be issued, that the property be seized, or any part thereof, and brought before any court and/or retained subject to order of said court.

_____
Officer

Subscribed and sworn to before me on this the __3rd__ day of __Nov__, 19 _2004_.

__12:10__ a.m./(p.m.)

_____
District Judge
Title

AOC-335
Rev. 2-96
Affidavit for Search Warrant
pg. 3

AOC 79-335
AFFIDAVIT FOR SEARCH WARRANT (Page 2-B)

Affiant has been trained in the investigation of Clandestine Laboratory's, specifically Methamphetamine Labs and the various manufacturing processes. Affiant has investigated in excess of 200 methamphetamine labs during his career and knows that ammonia and ether are commonly used in the manufacturing process. Affiant knows from the investigation of labs in the Hardin County and surrounding areas that Ether and ammonia is commonly used in the process of manufacturing Meth.

Affiant based on his training and experience does believe that methamphetamine is being manufactured at the residence aforedescribed. Based on my training and experience, I have learned that; persons involved in the manufacturing and distribution of controlled substance tend to have other types of controlled substances in their residences and will often keep a small portion of their product on their person.

Affiant knows that that person(s) involved the manufacturing and distribution of controlled substances will often keep US currency on hand in order to finance their on-going narcotics activity. Persons involved in the manufacturing of methamphetamine will often maintain recipes or writings that have been obtained from books or the Internet that outlines the procedure to make methamphetamine. Affiant also knows persons involved narcotics traffickers will often maintain books, receipts, ledgers, and other records related to their ordering, sale and distribution of controlled substances. These aforementioned items are maintained where the traffickers have ready access to them.

Persons involved in the distribution of controlled substances often conceal in their residences and vehicles US Currency, financial records, money orders, telephone records, correspondence and other items of evidentiary value and /or proceeds of drug transactions; and evidence of financial transactions relating to obtaining, transferring, secreting or the spending of large sums of money made from engaging in the distribution of controlled substances.

Affiant knows thru his training and experience that persons involved in the distribution of controlled substances will often secret the bulk of their controlled substances in other buildings or vehicles at their primary residence. This prevents the total loss of their stash if they are ripped off by other's involved drug use or sales and prevent the police from seizing it all if they are searched. Further affiant knows that it's not uncommon for those persons involved in the manufacturing of methamphetamine to utilize other locations to include residences to make their product. This prevents the odor associated with the manufacturing process from being easily detected in the same area, leading police to the discovery of their operation.

Persons involved in the distribution of controlled substances, in order to expend monies obtained from their illegal activity will often purchase expensive items to include electronic equipment, vehicles, and collectable items of all types and real estate.

Affiant has found during other narcotics investigation and search warrant executions that other persons involved in the distribution and purchasing of controlled substances are frequently encountered during the execution of search warrants. That person's will arrive to make purchases or deliveries while officers are at the location. Affiant through his experience has found that it's

# U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

**TO:** (Name, Title, Address (including ZIP CODE), if applicable)
Robert Hunley
6421 S. Dixie
Glendale, Ky

**FILE NO.**

**G-DEP IDENTIFIER**

**FILE TITLE**
Hunley, Robert

**DATE**
11-3-04

**DIVISION/DISTRICT OFFICE**

11-03-04 / 1300 Hrs
Tom Roby

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| ✓ #1 | Quantity of Marijuana from masterbedroom dresser on white plate | Found by Roby |
| ✓ #2 | picture frame with two marijuana leaves pressed inside from masterbedroom ontop of dresser | Tom Roby |
| ✓ #3 | Green in color balance scale from masterbedroom on dresser | Tom Roby |
| ✓ #4 | Green glass container w/ white top containing marijuana from masterbedroom top of dresser | Tom Roby |
| ✓ #5 | Three pills from masterbedroom blue multi-drawer cabinet on dresser | Tom Roby |
| ✓ #6 | Ziplock baggie containing 18 lithium batteries from masterbedroom dresser | Tom Roby |
| #7 | folded piece o foil containing two and a half pills from masterbedroom dresser in blue multidrawer cabinet | Tom Roby |
| #8 | Uniden Bearcat 30 channel scanner 10 band from masterbedroom wooden box by bed | Curtis Mousey |
| #9 | Black zipup pouch w/ electric scales with meth from masterbedroom bathroom vanity | Billy Edwards |
| #10 | Red pipe from masterbedroom bathroom vanity by #9 | Billy Edwards |
| #11 | Black zip up case w/ Night Owl Nightvision masterbedroom closet | Randy Gibbs |
| #12 | Homemade glass pipe from closet masterbedroom | Randy Gibbs |
| #13 | High yield blood meal, All purpose plant food, olivias cloning gel, Dip & Grow Root Inducer, Marijuana | Terry Moore |
| #13 continue | Growers Guide | Terry Moore |
| #14 | Foiled aluminum foil w/ meth, blue topped pill crusher, 2 lithium batteries, masterbedroom | Randy Gibbs |
| #15 | eight lithium batteries from table by side entrance door of residence | Terry Moore |

**RECEIVED BY (Signature)**
Billy Ed[...]

**NAME AND TITLE (Print or Type)**
Billy Edwards Det. Sgt.

**WITNESSED BY (Signature)**

**NAME AND TITLE (Print or Type)**

FORM DEA-12 (9-00) *Previous editions obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

**TO:** (Name, Title, Address (including ZIP CODE), if applicable)

Robert Hunley
6421 S. Dixie Hwy
Gladuls, Iny

**DIVISION/DISTRICT OFFICE**

**FILE NO.**

**G-DEP IDENTIFIER**

**FILE TITLE**
Hunley, Robert

**DATE**
11-3-04

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| #16 | Olhaus manuel triple beam scales from kitchen | Randy Gibbs |
| #17 | Night vision 10x50 binoculars from master bdrm shelf | Terry Moore |
| #18 | Blue plastic case w/ numerous boxes of various calibers ammunition on floor from bedside bed | Doug Clark |
| #19 | Ammo can w/ marijuana, marijuana seeds, 6 tubes of binary explosives, 5 bottles | Doug Clark - released to ATF |
| #19 continue | of suspected Nitromethane from blue chevy pk up | " " |
| #20 | From outbuilding #1 southwest building, 1 gallon Acetone, 1 gallon Coleman fuel, 4 gallon denatured | Billy Edwards |
| #20 continue | Alcohol, two unknown gallon containers painted green, one gas mask in yellow south central Bank | " " |
| #20 continue | Bag, three half masks, 4 filters, two additional gallons of acetone | " " |
| #21 | One black 5 gallon bucket labeled 15W40 wt positive drager for Ammonia from outbuilding #1 | " " |
| #22 | Air tank spray painted white w/ modified valve & black hose from outbuilding #1 positive drager | " " |
| 22 cont. | for Amonia | " " |
| #23 | Spray painted black tank stamped 344535 w/ homemade valves and black hose from outbuilding #1 | " " |
| #23 cont. | positive drager for ammonia | " " |
| #24 | Stainless steel container w/ screw top lid and pressure gauge from outbuilding #1 positive drager for ammonia | " " |
| #25 | 20 lb cylinder painted camoflauged stamped LP Gas w/ homemade valve from outbuilding #2 | " " |
| #26 cont | south east positive drager for ammonia | " " |

**RECEIVED BY (Signature)**
Bill E.C.

**WITNESSED BY (Signature)**

**NAME AND TITLE (Print or Type)**
Billy Edwards Det. Sgt

**NAME AND TITLE (Print or Type)**

FORM DEA-12 (9-00) *Previous editions obsolete*

Electronic Form Version Designed in JetForm 5.2 Version

# U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE), if applicable)

Robert Hunley
6421 S. Dixie Hwy
Glendale, Ky

FILE NO.:

G-DEP IDENTIFIER:

FILE TITLE: Hunley, Robert

DATE: 11-3-04

DIVISION/DISTRICT OFFICE:

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| #26 | Glass dressing jar w/ two layer liquid from outbuilding #2 positive test for ephedrine from outbuilding #2 | Billy Edwards " " |
| #26 A | Sample from Item #26 | " " |
| #27 | Valve w/ aqua blue colored corrosion from outbuilding #2 | " " |
| #28 | Ammo can containing several bottles assorted medication and Marijuana from Blue Chevy Truck KY 9733MX | Doug Clark |
| #29 | Three Boxes of Psudoephedrine pills in yellow Bag from Blue Plymouth Sramp KY-070PCE | Terry Moore |
| #30 | one blue plastic container w/ flip top lid containing two stainless steel pots, clear plastic tubing, yellow plastic gloves, Melinda No. 6 coffee filters, 16oz propane tank w/ torch attachment, one bottle of liquid fire, yellow spatula, wire cutters, various size tupperware containers from Blue Chevy Truck KY-9733MX | Billy Edwards " " " " |
| #31 | 56 oz plastic container purifying tightly locking container labeled cat food w/ liquid & material settled to bottom positive field test for meth from Item #30 | Billy Edwards " " |
| #31 | Sample from Item #31 | " |
| #32 | Doc JT 3 ring notebook w/ police related study material Course # 2017-030 from tan Mercury Marquis KY Tag 074LMA | Billy Edwards " " |

RECEIVED BY (Signature): Bill [signature]

WITNESSED BY (Signature):

NAME AND TITLE (Print or Type): Billy Edwards Det. Sgt.

NAME AND TITLE (Print or Type):

FORM DEA-12 (9-00) Previous editions obsolete

3 of 5

Electronic Form Version Designed in JetForm 5.2 Version

# U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

**TO:** (Name, Title, Address (including ZIP CODE), if applicable)

Robert Hurley
6421 S. Dixie Hwy
Glendale, Ky

**DIVISION/DISTRICT OFFICE**

**FILE NO.**

**G-DEP IDENTIFIER**

**FILE TITLE:** Hurley, Robert

**DATE:** 11-3-04

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEMS | PURPOSE (If Applicable) |
|---|---|---|
| #33 | white CCD Stratigic Visa Corp camera white in color sitting on fence post north side of residence | Doug Clark |
| #34 | gray in color surveillance camera mounted by side door, north side of residence above security light | Doug Clark |
| #35 | black and white surveillance camera mounted on rear side of residence | Doug Clark |
| #36 | White in color ADT surveillance camera monitor from living room of residence | Doug Clark |
| #37 | Phillips Brand surveillance camera from master bedroom | Billy Edwards |
| #38 | Black in color uniden programmable scanner residence | Billy Edwards |
| #39 | 4 Lithium Batterys from Chevy Truck Blue in color KY 9733MX | Terry Moore |
| #40 | Green box marked w/X on top from master bedroom closet | Tom Roby |
| #41 | Black Plastic case containing marijuana seeds from master bedroom bathroom | Billy Edwards |
| #42 | $142. US Currency Bobby Hurley wallet One Hundred Forty two dollars | Billy Edwards |
| #43 | 2 glass Kerr jars w/ clear liquid (quart size) laundry room | " " |
| #44 | glass jelly jar w/ clear liquid laundry room | " " |
| #45 | Brown in color glass gallon jar w/ clear liquid laundry room | " " |
| #46 | Two gallon containers of Muriatic Acid laundry Room | " " |
| #47 | one glass pint jar of clear liquid laundry Room | " " |

**RECEIVED BY (Signature):** Bill Edwards

**NAME AND TITLE (Print or Type):** B. K. Edwards, Det. Sgt.

**WITNESSED BY (Signature):**

**NAME AND TITLE (Print or Type):**

FORM DEA-12 (9-00) Previous editions obsolete

Electronic Form Version Designed in JetForm 5.2 Version

4 of 5

# U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

**TO:** (Name, Title, Address (including ZIP CODE), if applicable)
Robert Hurley SS# 34 ?? - ??
6421 S. Dixie Hwy
Glendale, Ky ?? ?? ?? ?? ??

**FILE NO.**

**G-DEP IDENTIFIER**

**FILE TITLE:** Hurley, Robert

**DATE:** 11-3-04

**DIVISION/DISTRICT OFFICE**

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| #48 | Cobra Handheld Scanner # 203003257 | Livingroom Table T most |
| #49 | Clear Plastic Jar containing Flash Powder, 1 M-80 Type Device + Various components for Explosive Devices. | woods to r/r of residence |
|  | ---- Last Item ---- |  |

**RECEIVED BY (Signature):** Bill ??

**NAME AND TITLE (Print or Type):** B. H. Edwards Det. Sgt.

**WITNESSED BY (Signature):**

FORM DEA-12 (9-00) Previous editions obsolete

Electronic Form Version Designed in JetForm 5.2 Version

5 of 5

U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE), if applicable)

Robert Hudley
6421 S. Dixie Hwy
Glendale, Ky

DIVISION/DISTRICT OFFICE

FILE NO.

G-DEP IDENTIFIER

FILE TITLE: Hudley, Robert

DATE: 11-3-04

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 50 | Osterwalle Blader with white powder residue in Jar + 97 tablets — Last Item — | Kitchen counter, to Edwards |

RECEIVED BY (Signature): [signed]

WITNESSED BY (Signature): [signed]

NAME AND TITLE (Print or Type): Bill Edwards DEA SGT

FORM DEA-12 (9-00) Previous editions obsolete

Electronic Form Version Designed in JetForm 5.2 Version

1 of 1